UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT,<br><br>    Petitioner,<br><br>v.<br><br>PATTON STATE HOSPITAL,<br><br>    Respondent, | No. EDCV 11-1469-JST(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: 12.26.2011

JOSEPHINE STATON TUCKER
United States District Judge